**GRANTED.**

*[signature]*

John Daniel Tinder, Judge

Date: 10/14/2005

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | NO.    1:05CV1218 JDT-TAB |
| ) | |
| SYLVESTER JACKSON ) | |
| JOHN DOE ) | |
| JANE DOE ) | |
| ) | |
| Defendants ) | |

**NOTICE OF DISMISSAL**

Comes now the United States of America, by counsel, and files its Notice of Dismissal as to John Doe and Jane Doe for the reason that they have vacated the property described in the complaint and consequently are no longer necessary parties to this proceeding.

**SUSAN W. BROOKS**
**United States Attorney**

/s/    Randall E. Price
RANDALL E. PRICE, Special Assistant
United States Attorney

Copies to:

RANDALL E. PRICE
Special Assistant United States Attorney
Office of Regional Counsel
Dept. of Veterans Affairs
575 N. Pennsylvania Street
Indianapolis, IN 46204
Tel:    (317) 226-7876
Fax:    (317) 226-6297
Randy.Price@mail.va.gov

SH 20086